UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,

v.

                                                        Case No. 25-cv-10429
                                                        Hon. Matthew F. Leitman

DTE ENERGY,

    Defendant.
_____/

**<u>ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 10),
(2) DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE, AND
(3) TERMINATING MOTION FOR TEMPORARY RESTRAINING
ORDER AS MOOT (ECF No. 2)</u>**

On February 12, 2025, Plaintiff Jane Doe, appearing *pro se*, filed this action against Defendant DTE Energy. (*See* Compl., ECF No. 1.) The Complaint, styled as a petition, accuses DTE of causing a number of harms to the local community and environment through its operation of a power plant in River Rouge, Michigan. (*See id.*) Doe has also filed a petition for a temporary restraining order asking the Court to "halt all operations" at DTE's facilities. (*See* Petition, ECF No. 2, PageID.11.)

Upon an initial review of Doe's Complaint, the Court was not persuaded that it had subject-matter jurisdiction over Doe's clams. Accordingly, on February 26, 2025, the Court issued an order directing Doe to show cause, in writing, by no later than March 19, 2025, why the Court should not dismiss her Complaint for lack of

1

subject-matter jurisdiction (the "Show Cause Order"). (*See* Show Cause Order, ECF No. 10.)  At the conclusion of the Show Cause Order, the Court warned Doe that if she failed to respond as directed by March 19, 2025, the Court would "dismiss her Complaint without prejudice for lack of subject matter jurisdiction." (*Id.*, PageID.39.)

Doe has not filed any response to the Show Cause Order.  Nor has she contacted the Court to ask for additional time to respond.  Thus, for all of the reasons explained in the Show Cause Order, and due to Doe's failures to respond to the Show Cause Order and establish the Court's subject-matter jurisdiction over her claims, Doe's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.  In addition, Doe's motion for a temporary restraining order (ECF No. 2) is **TERMINATED AS MOOT**, and the Court's Show Cause Order (ECF No. 10) is **VACATED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  April 1, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126

2