UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,

v.

                                                  Case No. 25-cv-10429
                                                  Hon. Matthew F. Leitman

DTE ENERGY,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                    KINIKIA ESSIX
                                                    CLERK OF COURT

                                   By:    s/Holly A. Ryan_____
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  April 1, 2025
Detroit, Michigan